## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

E360INSIGHT, LLC, an Illinois Limited
Liability Company, and DAVID LINHARDT,
an individual,

                Plaintiffs,

    v.

MARK JAMES FERGUSON, an individual,
SUSAN WILSON A.K.A. SUSAN GUNN, an
individual, and KELLY CHIEN, an individual,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**FILED**

**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No.

**PH**
JURY DEMANDED  **08 C 442**

**JUDGE KENDALL**
**MAGISTRATE JUDGE ASHMAN**

## COMPLAINT FOR INJUNCTIVE RELIEF AND FOR DAMAGES

Plaintiffs, e360Insight, LLC (e360) and David Linhardt (Linhardt) (collectively "Plaintiffs"), by and through their attorneys, Synergy Law Group, LLC, for their Complaint against Defendants, Mark James Ferguson, Susan Wilson a.k.a. Susan Gunn, and Kelly Chien, (collectively "Defendants"), state as follows:

### NATURE OF THIS ACTION

1.      This is an action by e360, an internet marketing company, and Linhardt, its President, for damages against Defendants, each of whom have repeatedly made defamatory statements by referring to Plaintiffs as "spammers" and causing Plaintiffs to be listed as "spammers" in publicly accessible internet websites. Defendants' activity has resulted in Plaintiffs' e-mail being blocked from the intended recipients causing Plaintiffs to incur substantial lost profits. The statements made by the Defendants constitute

defamation and the resulting blocking of Plaintiffs' e-mails constitutes tortious interference with prospective economic advantage. Further, certain Defendants have actively and without justification interfered with existing contracts between Plaintiffs and third parties.

## PARTIES

2.    e360 is an Illinois Limited Liability Company located in Wheeling, Illinois, with its principal offices located at 600 Northgate Parkway, Suite A.

3.    David Linhardt is an individual who resides in Highland Park, IL 60035 and is a citizen of Illinois.

4.    Mark James Ferguson ("Ferguson") is an individual who resides at 3831 Fawcett Avenue, Tacoma, WA 98418 and is a citizen of Washington.

5.    Susan Wilson, a.k.a. Susan Gunn ("Wilson") is an individual who resides at 5562 Richmond Ave., Garden Grove, CA 92845 and is a citizen of California.

6.    Kelly Chien ("Chien") is an individual who resides at 60 Church Street, P.O. Box 164, Hobart, NY 13788 and is a citizen of New York.

7.    Collectively, Ferguson, Wilson and Chien will be referred to in this Complaint as "Defendants".

## JURISDICTION AND VENUE

8.    This Court has jurisdiction over this action pursuant to 28 USCS § 1332. Plaintiffs are both citizens of Illinois and Defendants are citizens of States other than Illinois. e360 is an Illinois limited liability corporation whose sole member, Maverick

Direct Marketing Solutions, Inc. is an Illinois corporation with its principal place of business in Illinois. Dave Linhardt is the sole shareholder of Maverick. Plaintiffs seek in excess of $75,000 in damages from each Defendant. Thus diversity of the parties is satisfied.

9.    Jurisdiction is proper pursuant to 28 USCS § 1391(a) because a substantial part of the events giving rise to the claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

10.    e360 is an e-mail based marketing company whose business practices have, at all times relevant to the allegations in this complaint, complied with, and continue to comply with all federal and state requirements and standards pertaining to the sending of commercial e-mail, including the *Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003*, 15 U.S.C. § 7701 (CAN-SPAM).

11.    e360 uses ISPs to facilitate its marketing efforts on behalf of its business partners, and at all times relevant to the claims asserted in this complaint, e360 has complied, and continues to comply, with all Accepted Use Policies and Terms Of Service agreements stated by the ISPs.

12.    e360 is hired by and partners with companies that wish to market their products or services using the internet. This marketing campaign is targeted to persons "opting in" to a list whereby they agree to accept e-mail announcements. These persons sign up at websites owned by e360 or its business partners, some of which are then verified through a "double opt-in" process.

13.    e360 does not engage in "spamming", which is essentially the digital equivalent of sending junk mail that is neither asked for nor wanted. Unlike anyone engaged in spamming, the internet marketing in which e360 engages employs a variety of permission processes that e360 controls, and that its marketing partners use, to obtain permission and consent from, and provide notice to, the consumers that receive the e-mail messages.

14.    e360 has valid contracts with various third-parties to send e-mail on behalf of the third-parties.

15.    Defendants are aware that e360 is in the business of sending e-mail and that Plaintiffs contract with third-parties to send e-mail on their behalf.

16.    Defendants' repeated postings on internet websites that Plaintiffs are spammers has caused Plaintiffs to be blacklisted and have their e-mails blocked as spam.

17.    Defendants intentionally post that Plaintiffs are spammers with the intent that Plaintiffs' e-mails will be blocked as spam, causing Plaintiffs' clients to cease business with Plaintiffs.

18.    Defendants intentionally post information about e360's Internet infrastructure including, but not limited to, ip addresses, dns servers, whois domain information, bandwidth providers, hosting providers and e360's customers.    On information and belief, these postings are made for the sole purpose of encouraging other email systems administrators to block inbound messages from e360.

19.    Plaintiffs have lost clients and business opportunities as a result of Defendants' postings that Plaintiffs are spammers which resulted in Plaintiffs being blacklisted and prevented Plaintiffs from sending e-mails.

20.    Plaintiffs have suffered damages as a result of Defendants' tortious interference with their prospective business opportunities.

## COUNT I
### Defamation
### (Against Ferguson and Wilson)

21.    Plaintiffs incorporate paragraphs 1 through 20 above as set forth fully in Count I.

22.    Ferguson repeatedly referred to Plaintiffs as spammers through various online postings that can be accessed in the state of Illinois via the internet.

23.    Specifically, on January 19, 2007 Ferguson posted on a usenet message board referred to as NANAE, which stands for news.admin.net-abuse.email, a statement that e360, and through it, Linhardt, is a spammer. (See January 19, 2007 posting attached to and incorporated into this Complaint by reference as Exhibit 1.)

24.    On January 20, 2007 Ferguson posted on NANAE a message whose subject line read "e360Insight are spammers and I can now sue them" and which indicated again that e360, and through it, Linhardt, was sending spam. (See January 20, 2007 posting attached to and incorporated into this Complaint by reference as Exhibit 2.)

25.    On February 7, 2007 Ferguson again posted on NANAE a message which indicated that e360, and through it, Linhardt, was sending spam. (See February 7, 2007 posting attached to and incorporated into this Complaint by reference as Exhibit 3.)

26.    On February 8, 2007 Ferguson posted on NANAE two separate messages which indicated again that e360, and through it, Linhardt, was sending spam. (See February 8, 2007 postings attached to and incorporated into this Complaint by reference as Exhibits 4 and 5.)

27.    On June 30, 2007 Ferguson posted on NANAE that e360, and through it Linhardt, violated CAN-SPAM and Washington state law by sending Spam. (See June 30, 2007 posting attached to and incorporated into this Complaint by reference as Exhibit 6.)

28.    On January 24, 2007 Wilson posted on NANAE a message which indicated that e360, and through it, Linhardt, was sending spam. This message also contained the statement that e360, and through it, Linhardt, would "list wash" a recipient's address, a practice that clearly implied that e360 was engaged in illegal activity. Wilson's message also contained a statement that indicated that e360, and through it, Linhardt, was the subject of a "major police cyber crime investigation." (See January 24, 2007 posting attached to and incorporated into this Complaint by reference as Exhibit 6.)

29.    Wilson has admitted to being a Spamhaus volunteer, referring to her work for an international email blacklisting organization that operates at www.spamhaus.org. On information and belief, Wilson has generated SBL and ROSKSO listings on spamhaus.org for the expressed purpose of blocking e360's email. In addition, Wilson knowingly created these listings so that they could be downloaded and used by other blacklist organizations including surbl.org, spamcop.net, sorbs.net, spew.org, returnpath.net. Wilson knowingly created these listings so that they could be downloaded and used by ISPs in Illinois, including Yahoo.com, Google.com, American Online, Comcast.net, AT&T, and RoadRunner/TimeWarner cable.

30.    All of the statements giving rise to this defamation claim against Defendants were in fact false. Defendants knew that their statements were false, or had no reason to believe that their statements were true.

31.    All of the statements giving rise to this defamation claim against Defendants were published to third parties. None of the publications were privileged.

32.    Plaintiffs believe that there are other defamatory publications by Defendants that remain to be discovered. Plaintiffs will seek leave to include any subsequently discovered publications of libel or slander as additional grounds for alleging the claims asserted in this count for Defamation.

33.    Defendant's references to Plaintiffs as spammers constitute defamation because they impute that e360, and through it, Linhardt, committed criminal acts, or are unable to perform their services ably or with integrity, thus prejudicing Plaintiffs reputation and in their employment.

34.    Defendants' acted intentionally, willfully or with such gross negligence as to indicate Defendants' reckless disregard for Plaintiffs' rights. Plaintiffs are therefore entitled to punitive damages from Defendants.

35.    Plaintiffs respectfully request that this Court enter a judgment in their favor and against each Defendant, and award Plaintiffs an amount of damages in excess of $75,000 to compensate Plaintiffs for Defendant's defamatory statements concerning Plaintiffs, award punitive damages, award costs of suit, and for any other relief that this Court deems just.

**COUNT II**
**Tortious Interference With A Prospective Business Advantage**
**(Against All Defendants)**

36.    Plaintiffs incorporate paragraphs 1 through 35 above as set forth fully in Count II.

37.    Defendants have forwarded numerous e-mails received from Plaintiffs or Plaintiffs affiliates to e-mail blocking entities and to ISPs with the intent to have Plaintiffs' e-mail blocked as spam. Moreover, in addition to the NANAE postings referred to above, Defendant Chien on June 2, 2005 referred to Plaintiffs as spammers. Defendants know that email blocking sites monitor NANAE and see that Plaintiffs are being accused of illegal spamming and other untoward behavior. On information and belief, one or more defendants intentionally forwarded postings to email blocking sites.

38.    Defendants are aware that Plaintiffs are in the business of marketing through the use of e-mail and that Plaintiffs contract with third parties to send e-mail.

39.    Defendants acted with the intention of having e-mail sent by Plaintiffs blocked and thus interfered with Plaintiffs business and prospective business opportunities.

40.    Plaintiffs have lost business and business opportunities as a result of Defendants sending of e-mails received from Plaintiffs to e-mail blocking entities and the resulting blocking of Plaintiffs e-mails.

41.    Plaintiffs lost business has resulted in substantial lost income to Plaintiffs.

42.    Defendants' acted intentionally, willfully or with such gross negligence as to indicate Defendants' reckless disregard for Plaintiffs' rights. Plaintiffs are therefore entitled to punitive damages from Defendants.

43.     Plaintiffs respectfully request that this Court enter a judgment in their favor and against each Defendant, and award Plaintiffs an amount of damages in excess of $75,000 to compensate Plaintiffs for Defendant's intentional interference with Plaintiffs' prospective economic advantage, award punitive damages, award costs of suit, and for any other relief that this Court deems just.

## COUNT III
### Tortious Interference With A Contract
### (Against All Defendants)

44.     Plaintiffs incorporate paragraphs 1 through 43 above as set forth fully in Count III.

45.     Plaintiffs have contracts with third party Internet Service Providers (ISPs) to provide the necessary bandwidth to send their e-mails.

46.     Defendants, at all times relevant to this Complaint, knew that Plaintiffs have contracts with third party ISPs to provide bandwidth to Plaintiffs.

47.     Defendants directly contacted the third party ISPs providing bandwidth to Plaintiffs and claimed that Plaintiffs are spammers, with the intention that those service providers would cease to provide bandwidth to Plaintiffs, which in turn made it impossible for Plaintiffs to conduct their business.

48.     Certain third party ISPs have terminated their contracts with Plaintiffs to provide bandwidth to Plaintiffs as a result of Defendants' intentional interference with Plaintiffs' contracts.

49.     Plaintiffs have suffered damages as a result of their third party service providers terminating their contracts with Plaintiffs.

50.    Defendants' acted intentionally, willfully or with such gross negligence as to indicate Defendants' reckless disregard for Plaintiffs' rights. Plaintiffs are therefore entitled to punitive damages from Defendants.

51.    Plaintiffs respectfully request that this Court enter a judgment in their favor and against each Defendant, and award Plaintiffs an amount of damages in excess of $75,000 to compensate Plaintiffs for Defendant's intentional interference with Plaintiffs' contracts, award punitive damages, award costs of suit, and for any other relief that this Court deems just.

## JURY DEMAND

52.    In addition to the relief sought in this Complaint, Plaintiffs respectfully request a jury trial.

Respectfully submitted,

E360Insight, LLC. and David Linhardt

By:    /s/ Joseph L. Kish
        One of Their Attorneys

Joseph L. Kish (6197916)
Daniel J. Peters (6272859)
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261

# EXHIBIT

# 1

```
Path:
g2news2.google.com!news4.google.com!border1.nntp.dca.giganews.com!borde
r2.nntp.dca.giganews.com!nntp.giganews.com!out03b.usenetserver.com!news
.usenetserver.com!in01.usenetserver.com!news.usenetserver.com!news-
xfer.nntp.sonic.net!posts.news.sonic.net!nnrp0.nntp.sonic.net!not-for-
mail
From: Mark Ferguson <washington_resid...@whew.com>
Newsgroups: news.admin.net-abuse.email
Subject: E360INSIGHT, LLC  are spammers and I can now sue them
Date: Fri, 19 Jan 2007 09:58:23 -0800
Organization: Fighting to stop not only spam but also all Junk Email
Message-ID: <0g12r2h29800f35otbr90jmao6l5adtf6p@4ax.com>
X-Newsreader: Forte Free Agent 2.0/32.652
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
Lines: 16
NNTP-Posting-Date: 19 Jan 2007 17:58:23 GMT
NNTP-Posting-Host: d7b621bd.news.sonic.net
X-Trace:
DXC=1dGFH=SJO_jHaTZEU]nRQ`m4K\QM1CV^`1OYf0H`?;Xa6J:NY<SN1<akb=a<L`_o0hR
ebBidEE[WcI\gSNh=2Lff
X-Complaints-To: abuse@sonic.net
```

Got a bunch of spam that tracks directly back to these scumbag
spammers.

I will see them in court, after I send them my Lettor of Demand of
course <g>.

Is Spamhaus still looking for spam from them?  I figured out where,
they are spamming from and have all the information on how to spot
their spam so I have more than one in fact I might have a lot but will
have to actually take another look at what I have been archiving.


--
Mark Ferguson
whew.com Site Map
http://www.whew.com/site_map.php

# EXHIBIT

# 2

http://groups.google.com/group/news.admin.net-abuse.email/msg/6ad9618093a4f9c8?dmode=source&hl=en

Path:
g2news2.google.com!news4.google.com!newsfeed.stanford.edu!headwall.stan
ford.edu!news-
xfer.nntp.sonic.net!posts.news.sonic.net!nnrp0.nntp.sonic.net!not-for-
mail
From: Mark Ferguson <washington_resid...@whew.com>
Newsgroups: news.admin.net-abuse.email
Subject: Re: E360INSIGHT, LLC are spammers and I can now sue them
Date: Sat, 20 Jan 2007 19:27:12 -0800
Organization: Fighting to stop not only spam but also all Junk Email
Message-ID: <29n5r2h06reorn91e0i6rltvioljf04e4p@4ax.com>
References: <0gl2r2h29800f35otbr90jmao6l5adtf6p@4ax.com>
<1169236156.731800.326120@38g2000cwa.googlegroups.com>
<8ia2r2hd6qdtc31gkqh7dgh8oog374c0ns@4ax.com>
<1169338741.349693.135820@11g2000cwr.googlegroups.com>
<eoue7l$81p$1@calcite.rhyolite.com> <eoufo7$cgg$1@theodyn.ncf.ca>
<20h5r21g813br2n4m0us1fde10edk136vt@4ax.com>
X-Newsreader: Forte Free Agent 2.0/32.652
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
Lines: 23
NNTP-Posting-Date: 21 Jan 2007 03:27:12 GMT
NNTP-Posting-Host: 88e07b9d.news.sonic.net
X-Trace:
DXC=Jm;NJkI@R\>m5SioabUOj?m4K\QM1CV^01OYf0H`?;X17Yo^Ki:Co26kb=a<L`_o08R
ebBidEE[W3==:=:F<Y>I=
X-Complaints-To: abuse@sonic.net

On Sat, 20 Jan 2007 17:39:19 -0800, s...@spamhaus.org wrote:

>On 21 Jan 2007 01:30:47 GMT, b...@FreeNet.Carleton.CA (Kelly Bert
>Manning) wrote:
>
>>In addition, people who have seen previous complaints followed by
even more
>>spam once they've confirmed their address is deliverable sooner or
later
>>learn not to bother sending a "you found a live, deliverable e-mail"
address
>>confirmation complaint to spammers.
>
>Or care to argue with the spammer who claims you opt-ed in and who
>will produce bogus logs as 'proof'.

On the money and they are still spamming me.  I will forward them to
the appropriate address at spamhaus as they come in.

Two or three today.


--

Mark Ferguson
whew.com Site Map
http://www.whew.com/site_map.php

# EXHIBIT

# 3

http://groups.google.com/group/news.admin.net-abuse.email/msg/8d6cd8e866ddb908?dmode=source&hl=en

```
Path:
g2news2.google.com!news4.google.com!newsfeed.stanford.edu!headwall.stan
ford.edu!news-
xfer.nntp.sonic.net!posts.news.sonic.net!nnrp0.nntp.sonic.net!not-for-
mail
From: Mark Ferguson <washington_resid...@whew.com>
Newsgroups: news.admin.net-abuse.email
Subject: Re: Advice wanted
Date: Wed, 07 Feb 2007 07:27:28 -0800
Organization: Fighting to stop not only spam but also all Junk Email
Message-ID: <unrjs2lku512uuf0pol2nd4k705775mbts@4ax.com>
References: <eqcnuj$qe3$1@aioe.org>
<83pjs25ic58oi05u54t63k2bvi33j10amh@4ax.com>
X-Newsreader: Forte Free Agent 2.0/32.652
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
Lines: 34
NNTP-Posting-Date: 07 Feb 2007 15:27:29 GMT
NNTP-Posting-Host: 29299a01.news.sonic.net
X-Trace:
DXC=UXJ1Jb;dl5Hn8eO?f<T^JBm4K\QM1CV^@1OYf0H`?;XA23<GNj7XknCkb=a<L`_oOHR
ebBidEE[WCiiTSg::kYYN
X-Complaints-To: abuse@sonic.net


On Wed, 07 Feb 2007 06:43:16 -0800, Susan <s...@spamhaus.org> wrote:

>On Wed, 7 Feb 2007 14:32:52 -0000, "Jonathan Ellis"
><jle30...@gmail.com> wrote:
>
>>Against whom can I take legal action and demand compensation for the
>>loss of business? And how many other thousands of entirely innocent
>>customers are out there having their perfectly legitimate mail
>>disappearing into a black hole, because someone has decided to
>>blacklist an entire ISP server and other business companies are
>>reading that blacklist and deciding on the basis of its contents to
>>block mail from that entire server in response, legitimate or no?
>
>I'm tempted to ask if you're Ritzman...
>
>Sue the spammers who created the problem in the first place.
>
>People have a right to block any mail they chose to for whatever
>reason they chose. Again, if you don't like it, blame the people who
>created this mess - the spammers and other cyber criminals.

Sent the last of spam from E360 to Spamhaus.  Seems they finally got
the not so subtle hint and it does not look like they are involved
with the other group whom I finally identified completely [boy will
they be surprised].

Off goes the letter of demmand to E360 today if I get the time.  If
```

Spamhaus needs/wants anything further send me a note.

--
Mark Ferguson
whew.com Site Map
http://www.whew.com/site_map.php

# EXHIBIT

# 4

http://groups.google.com/group/news.admin.net-abuse.email/msg/f4c27f0f31923558?dmode=source&hl=en

```
Path:
g2news2.google.com!news3.google.com!newsfeed.stanford.edu!headwall.stan
ford.edu!news-
xfer.nntp.sonic.net!posts.news.sonic.net!nnrp0.nntp.sonic.net!not-for-
mail
From: Mark Ferguson <washington_resid...@whew.com>
Newsgroups: news.admin.net-abuse.email
Subject: Re: E360INSIGHT, LLC  are spammers and I can now sue them
Date: Thu, 08 Feb 2007 06:29:06 -0800
Organization: Fighting to stop not only spam but also all Junk Email
Message-ID: <licms2hkci7kqff73cmd5i9h326tpundm2@4ax.com>
References: <0g12r2h29800f35otbr90jmao6l5adtf6p@4ax.com> <linford-
1B7840.17403120012007@sn-indi.vsrv-sjc.supernews.net>
<5il4r25gjommm78o9o55m2i7j23spjl4ko@4ax.com> <linford-
575727.20103021012007@sn-indi.vsrv-sjc.supernews.net>
<chfar216hqdk3tsl68e5ocoqmeku51apjr@4ax.com>
<45cb1f20$0$8213$afc38c87@>
X-Newsreader: Forte Free Agent 2.0/32.652
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
Lines: 63
NNTP-Posting-Date: 08 Feb 2007 14:29:25 GMT
NNTP-Posting-Host: 4365f2cc.news.sonic.net
X-Trace:
DXC=[E6@GYP19kE_bWTD]G4VaCm4K\QM1CV^@1OYf0H`?;XAJl^Bj0cG4LKkb=a<L`_oOHR
ebBidEE[WCCQGklb3b^^J
X-Complaints-To: abuse@sonic.net


On Thu, 8 Feb 2007 06:59:18 -0600, "Ian Michael Gumby"
<im_gumbyNOS...@hotmail.com> wrote:

>
>"Susan" <s...@spamhaus.org> wrote in message
>news:chfar216hqdk3tsl68e5ocoqmeku51apjr@4ax.com...
>> On Sun, 21 Jan 2007 20:10:30 +0100, Steve Linford
>> <linf...@spamhaus.org> wrote:
>>
>>>Mark, you are correct that the source of those spams, "Northshore
>>>Hosting Company LLC", is in fact David Linhardt operating under yet
>>>another freshly-registered front pretending he's a 'hosting
company'...
>>>
>While that could be true...
>Your information is incomplete:
>
>[SNIP]
>> REGISTERED AGENT INFORMATION
>>
>> Name: AMERICAN INCORPORATORS LTD.
>> Address: 1220 N. MARKET STREET SUITE 808
>> City: WILMINGTON County: NEW CASTLE
```

```
>> State: DE Postal Code: 19801
>> Phone: (302)421-5752
>>
>
>This appears to be a company that registers corporations within
Delaware.
>The point is that you need to call the company and ask about the
individual
>registrations and tie them back to Lindhardt.
```

Actually there is information in the public domain that ties them
together so what you say is not relevant.

```
>NOTE: While a lot of you maroons think that because I believe Steve
Linford
>screwed up and publically said so, that I'm not anti-spam. And since
you
>didn't like what I had to say you decided to put me in your kill
files. Hey
>thats your choice.
```

Steve did screw up but he is after all not an American citizen so he
is most likely NOT familar with US law and or procedures.

```
>But if you are going to go after someone via the courts, you had best
do
>your due dilligence and get it done right. While Spammers are scum,
that
>doesn't mean they don't adapt and morph so that they can keep
spamming.
>
>If you can show that E360Insight is spamming, and do this
independently from
>Spamhaus, you will do a lot of good for Spamhaus. If you have a hard
time
>groking this, then ask a lawyer who's familiar with the Spamhaus case.
```

I don't know for sure if you are talking to me or Susan but E360
spammed me and will be getting their demand letter.  They then have a
choice of paying or not.  I can prove for a fact that they spammed me
and that it violates both Federal and state law.

I see now they are not involved with these other spammers other than
the FACT they are spamming for the some of the same companies.  I
wonder if they are in cohoots with Netblue.


--
Mark Ferguson
whew.com Site Map
http://www.whew.com/site_map.php

# EXHIBIT

# 5

http://groups.google.com/group/news.admin.net-abuse.email/msg/f400273f2cda1e08?dmode=source&hl=en

Path:
g2news2.google.com!news4.google.com!newsfeed.stanford.edu!news.kjsl.com
!rahul.net!wasp.rahul.net!rahul.net!news-
xfer.nntp.sonic.net!posts.news.sonic.net!nnrp0.nntp.sonic.net!not-for-
mail
From: Mark Ferguson <washington_resid...@whew.com>
Newsgroups: news.admin.net-abuse.email
Subject: spam group update
Date: Thu, 08 Feb 2007 19:54:25 -0800
Organization: Fighting to stop not only spam but also all Junk Email
Message-ID: <tgrns213l p1td4qcljh4foljvh7k558bpn@4ax.com>
X-Newsreader: Forte Free Agent 2.0/32.652
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
Lines: 33
NNTP-Posting-Date: 09 Feb 2007 03:54:25 GMT
NNTP-Posting-Host: 5871eb3f.news.sonic.net
X-Trace:
DXC=BB4:2a<@7JA_bWTD]G4VaCm4K\QM1CV^@1OYf0H`?;XA_RVcB0b;T5Bkb=a<L`_o0HR
ebBidEE[WCjF6iOk>22jE
X-Complaints-To: abuse@sonic.net

Greetings,

A law firm is taking the case(s).  These spammers sent forty-eight
spam today and the day is not yet over.  At one thousand a spam that
is forty-eight thousand dollars so far today.  I bet they will send
fifty or more today alone.

These spammers are going to be funding my semi-retirement and with
what E360insight will be paying with the other spammers; this is going
to be a good year and I am already buying a second home.

It is good to be an anti-spammer.

Susan, if you read this I am setting up some pages for the legal team
dealing with these assclowns [apologies to ass clowns] that you at
Spamhaus might want to look at because apparently a lot of these
spammers are on your ROKSO list.

It has the spam set up by sender and client and often they are the
same.  It is password protected but you will of course have direct
access to all the information.  There will be a couple of spread
sheets with various information as to domains, business names,
addresses, IP space, etc....

Some of it is already up if you want the URL.  It is far from complete
but I have to put it up for the lawyers to access so I figured you
would also want access.

--
Mark Ferguson
whew.com Site Map
http://www.whew.com/site_map.php

# EXHIBIT

# 6

```
Path:
  g2news1.google.com!news2.google.com!newsfeed.stanford.edu!sn-xt-sjc-03!sn-xt-sjc-09!
  sn-post-sjc-01!supernews.com!corp.supernews.com!not-for-mail
  From: Mark Ferguson <washington_resid...@whew.com>
  Newsgroups: news.admin.net-abuse.email
  Subject: Re: E360 Wipes The Courtroom Floor With Silverstein
  Date: Sat, 30 Jun 2007 08:15:45 -0700
  Organization: Posted via Supernews, http://www.supernews.com
  Message-ID: <fksc83pi5nhou0kndob6196fl6htcdih9u@4ax.com>
  References: <1183058849.810634.131340@n2g2000hse.googlegroups.com>
  <1183085048.170190.310530@g4g2000hsf.googlegroups.com>
  <1183091188.116828.45320@n2g2000hse.googlegroups.com>
  <1183109183.948226.86680@k79g2000hse.googlegroups.com>
  <1183145534.069678.198720@n60g2000hse.googlegroups.com>
  <1183188921.890255.206650@k79g2000hse.googlegroups.com>
  X-Newsreader: Forte Free Agent 2.0/32.652
  MIME-Version: 1.0
  Content-Type: text/plain; charset=us-ascii
  Content-Transfer-Encoding: 7bit
  X-Complaints-To: abuse@supernews.com
  Lines: 54

  On Sat, 30 Jun 2007 00:35:21 -0700, e360Insight
  <e360insi...@gmail.com> wrote:

  >On Jun 29, 2:32 pm, grendal <im_gu...@hotmail.com> wrote:
  >> On Jun 29, 4:26 am, shhh...@hush.com wrote:> On Jun 29, 6:26 am, e360Insight
  <e360insi...@gmail.com> wrote:
  >>
  >> > > Richter indicated to me he cancelled his agreement with us solely
  >> > > based on Spamhaus' demands.  As you may know, this is standard
  >> > > operating procedure for Spamhaus.  Forcing a company to break its
  >> > > agreements is tortious interference.  These and many other examples
  >> > > are documented in the case.
  >>
  >> > I do not find even one example documented in the case. Where is any
  >> > example of tortious interference actually documented in your case?
  >>
  >> Exactly.
  >>
  >> Lindhardt's case never went to court. He won a default judgement. So
  >> his claim of tort at this time is moot.
  >>
  >> Davey, you got a reprieve in Silverstien's case. He didn't provide
  >> enough information. That doesn't mean that there isn't enough
  >> information to
  >> nail your ass to the wall. (So the expression goes.)
  >>
  >> BTW, there are things that Bill can do to "pierce the corporate veil"
  >> and once done your little games get cut short.
  >>
  >> -G
  >
  >what game?  As we told Mr. Silverstein's divorce attorney in open
  >court, I own everything.  Therefore, there is nothing to pierce.

  An utterance in a public forum against your interests is admissavle in
  court Dave. I will forward this to Bill so he can add it to his
  declaration to show you own everything and therefor are liable for the
```
Page 1

damage your company causes :-)

>Silverstein can scour the earth for dirt on me and my businesses.  I
>hope he does.  His is wasting his life on a fool's errand.  It's sad,
>really.  I'm sorry to disappoint him, but there is simply nothing
>incriminating to find.

I have sevent-seven spam that show you violated the can spam act and
RCW 19.186 - 190.

It will be interesting to hear what Judge Quinn has to say when he
reads my motion and declaration :-)  Once that case is disposed of we
[you and me and my attorneys] can get on with mine and another will be
joining us as well as a plaintiff.

>Dave Linhardt
>e360Insight, LLC