**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

e360Insight, LLC and David Linhardt v. Mark James Ferguson, Susan Wilson a.k.a Susan Gunn, and Kelly Chien

Case Number:

**FILED**
**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**    **08 C 442**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs e360Insight, LLC and David Linhardt

**JUDGE KENDALL**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) | |
| Joseph L. Kish | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Joseph L. Kish | |
| FIRM | |
| Synergy Law Goup, LLC | |
| STREET ADDRESS | |
| 730 W. Randolph Street, 6th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL  60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6197916 | 312-454-0015 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |