# United States District Court for the Northern District of Illinois

Case Number: 08cv442                    Assigned/Issued By: PH

Judge Name: Kendall                     Designated Magistrate Judge: Ashman

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $350.00                Receipt #: 2478471

Date Payment Rec'd: 01/18/2008       Fiscal Clerk: _____

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
      (Type of Writ)

  3  Original and  0  copies on 01/18/2008 as to _____
                                   (Date)
All Defendants _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05