IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual,<br><br>        Defendants. | **Case No.**<br><br>**PH**<br><br>**JURY DEMANDED**<br><br>**FILED**<br>**JANUARY 18, 2008**<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>**08 C 442**<br><br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE ASHMAN** |

**NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**
**(LOCAL RULE 3.2 B)**

Plaintiff, e360 Insight, pursuant to Local Rule 3.2 B, states as follows for its Notification of Affiliates Disclosure Statement:

1. e360 Insight, LLC – Plaintiff – principal place of business is in Illinois and incorporated in Illinois.

2. Maverick Direct Marketing Solutions, Inc. – Managing Member and owner of e360 Insight and Bargain Depot Enterprises, LLC – principal place of business is in Illinois and incorporated in Illinois.

     3.     David Linhardt – Illinois resident and owner of Maverick Direct Marketing Solutions, Inc.

Respectfully submitted,

E360Insight, LLC.,

By:   /s/ Joseph L. Kish
       One of Its Attorneys

Joseph L. Kish (6197916)
Daniel J. Peters (6272859)
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261

2