IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

E360INSIGHT, LLC an Illinois Limited )
Liability Company, and DAVID LINDHARDT, )
an individual, )
            Plaintiffs, )
                                    )      Case No. 1:2008cv00442
v.                              )      VIRGINIA M. KENDALL
                                    )
MARK JAMES FERGUSON, an individual, )
SUSAN WILSON, an individual, KELLY )
CHIEN, an individual, )
            Defendants, )

**FILED**
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR A CONTINUANCE

1.   Mark James Ferguson, pursuant to Rule 231 and/or Rule 183 of the Illinois Supreme Court Rules, moves this Court grant a continuance until April 20, 2008. The reason for this Motion is Defendant Ferguson is going to be unavoidably unavailable from April 5, 2008 until April 20, 2008 and unable to read and/or respond to any pleadings filed between the above dates.

                                                 Mark James Ferguson
                                                 3831 S. Fawcett Avenue
                                                 Tacoma, Washington 98418
                                                 (253) 475-5316 (Telephone)

                                                 Respectfully submitted,

                                                 Mark James Ferguson

1