## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME:               Mark James Ferguson
                    (Please print)

STREET ADDRESS:     3831 S. Fawcett Avenue

CITY/STATE/ZIP:     Tacoma, Washington 98418

PHONE NUMBER:       253-475-5316

CASE NUMBER:        1:2008cv00442

Signature                                           March 7, 2008
                                                    Date

FILED
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT