IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

E360INSIGHT, LLC an Illinois Limited )
Liability Company, and DAVID LINDHARDT, )
an individual, )
               Plaintiffs, )
                                )   Case No. 1:2008cv00442
v.                           )   VIRGINIA M. KENDALL
                                )
                                )   DECLARATION OF
                                )   MAILING
MARK JAMES FERGUSON, an individual, )
SUSAN WILSON, an individual, KELLY )
CHIEN, an individual, )
                                )
               Defendants,

## DECLARATION OF MAILING

1.     I am a citizen of the United States and of the State of Washington, living and residing in Pierce County, over the age of 21 years, not a party to the above-entitled action and am competent to be a witness;

2.     On March 7, 2008 I deposited in the United States Mail, by mail, a properly stamped and addressed envelope directed to Dave Lindhart, c/o Synergy Law Group Synergy Law Group, LLC, 730 West Randolph, 6th Floor, Chicago, Illinois 60661.

3.     This envelope contains a certified copy of the Motion to Dismiss, Motion for Continuance and a Motion for Telephone Conference, in the above-captioned case.

     I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

     DATED this 7th day of March, 2008.

                                                         _____
                                                         Cindy A. Ferguson