## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

E360Insight, LLC, et al.
                          Plaintiff,

v.                                             Case No.: 1:08–cv–00442
                                              Honorable Virginia M. Kendall

Mark James Ferguson, et al.
                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Initial Status hearing held. The Court attempted to accommodate a telephonic appearance for Defendant Mark Ferguson; the Defendant was not available. Initial Status hearing continued to 5/27/2008 at 9:00 AM. Joint Status Report due 5/21/2008. All parties shall appear in person. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.