IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

E360INSIGHT, LLC an Illinois Limited )
Liability Company, and DAVID LINDHARDT, )
an individual, )
                Plaintiffs, )
                 ) Case No. 1:2008cv00442
     v. ) VIRGINIA M. KENDALL
                )
                )
MARK JAMES FERGUSON, an individual, )
SUSAN WILSON, an individual, KELLY )
CHIEN, an individual, )
                )
                Defendants,

FILED
APR 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION FOR LEAVE TO FILE
A MOTION TO DISMISS COMPLAINT

**PLEASE TAKE NOTICE** that on Thursday, May 2, 2008 at 9:00 a.m, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kendall, in the courtroom usually occupied by her, Room 2319, at 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION TO DISMISS, PURSUANT TO F.R.C.P. 12(b), a copy of which is attached, and hereby served upon you.

Dated: April 4, 2008

                                                Mark James Ferguson
                                                3831 S. Fawcett Avenue
                                                Tacoma, Washington 98418
                                                (253) 475-5316 (Telephone)