

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC an Illinois Limited Liability Company, and DAVID LINDHARDT, an individual,<br>         Plaintiffs,<br><br>     v.<br><br>MARK JAMES FERGUSON, an individual, SUSAN WILSON, an individual, KELLY CHIEN, an individual,<br><br><br>         Defendants, | Case No. 1:2008cv00442<br>VIRGINIA M. KENDALL<br><br>FILED<br>Apr 8, 2008<br>APR 0 8 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

NOTICE OF MOTION FOR LEAVE TO FILE A MOTION
FOR ALL HEARINGS TO BE CONDUCTED BY TELEPHONE

**PLEASE TAKE NOTICE** that on Thursday, May 2, 2008 at 9:00 a.m, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kendall, in the courtroom usually occupied by her, Room 2319, at 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR TELEPHONE HEARINGS, PURSUANT TO THE ILLIONOIS SUPREME COURT RULE 185, a copy of which is attached, and hereby served upon you.

Dated: April 4, 2008

Mark James Ferguson
3831 S. Fawcett Avenue
Tacoma, Washington 98418
(253) 475-5316 (Telephone)
