

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| E360INSIGHT, LLC an Illinois Limited Liability Company, and DAVID LINDHARDT, an individual, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 1:2008cv00442 VIRGINIA M. KENDALL |
| MARK JAMES FERGUSON, an individual, SUSAN WILSON, an individual, KELLY CHIEN, an individual, | ) ) ) ) ) | DECLARATION OF MAILING |

1. I am a citizen of the United States and of the State of Washington, living and residing in Peirce County, over the age of 21 years, not a party to the above-entitled action and am competent to be a witness;

2. On April 5, 2008 I deposited in the United States Mail, by regular mail, a properly stamped and addressed envelope directed to Dave Lindhart, c/o Synergy Law Group Synergy Law Group, LLC, 730 West Randolph, 6th Floor, Chicago, Illinois 60661.

3. This envelope contains a copy of the Motion to Dismiss, Motion for Telephone Conference, Motion to Sever and Transfer Venue and a letter to the Court, in the above-captioned case.

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct.

DATED this 5th day of April, 2008.

*Cindy A. Ferguson*
Cindy A. Ferguson

Judge Virginia M. Kendall

Cc Joseph L. Kish
Cc Daniel Joseph Peters

There are two issues at hand; the first issue is jurisdiction and the application of that jurisdiction prior to jurisdiction even being decided. If the court applies jurisdiction by its refusal to comply with Defendant's one request to—be able to conduct the hearings by telephone in this fashion—the court will effectively be handing the Plaintiffs a victory without ever hearing the case and remove all notions of fair play or fairness in the Illinois Courts.

The second issue at hand is whether or not the Court has a right to protect their privacy when they are conducting the Court's business.

This court hid their identity from me when they attempted to contact me by using "000-000-0000" instead of a legitimate telephone number. The United States judicial system is based on openness and fair play. This is the manner in which the Court must function and using cloaking and/or privacy technology to hide one's identity is not what one would consider open in any sense of the word.

This is compounded by the Court interpreting this act as an unwillingness by the Defendant to participate in a telephone conference he had requested and then denying Ferguson the ability to defend himself as a direct result of an unethical act by this Court attempting to hide their telephone number from those with whom they are attempting to contact and furthermore, this Court did not explain to me they would use a non-real number to contact me. Instead you attempt to hold me accountable for your misuse of the telephone system and your bad act.

http://redtape.msnbc.com/2007/11/ftc-rings-up--1.html

> *Well I am very glad to see the FTC is is doing something about the calls. I thought they had gone to sleep. I was receiving 4 to 6 calls a day even though my number was on the list. I still receive calls with "unkown name" and "000-000-0000" in caller ID. Maybe it will stop now. If it does not, after 8 years with the same phone number I will change it. I don't think anyone should have to go that far to get a little privacy.*

I can find a hundreds if not thousands of comments like the one above to buttress why I did not answer the telephone when the caller ID shows "*000-000-0000*" a non-existent and non-real number and since I was waiting for the telephone call from the Court using a 312 area code; I did not want to take a telephone call from some telemarketer only to miss the telephone call I was waiting for.

I continue to maintain this Court does not have jurisdiction over me and therefore any order for me to appear is improper and is a violation of my Constitutional Right to Due Process until such time as jurisdiction has been decided. Furthermore I am not able to appear in Illinois and so will not appear in any Illinois Court regardless of your decision.

I request you reconsider your decision requiring me to appear before you and allow this case to be conducted by telephone or I will simply be unable to participate as the Constitution allows and you will then be required to award the spammers and their attorneys, Synergy Law Group a default judgment for all their bad acts, misuse of the Illinois courts and their continued misconduct.

Mark James Ferguson