AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual,

V.

MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual

CASE NUMBER: **08 C 442**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Susan Wilson a.k.a Susan Gunn
5562 Richmond Avenue
Garden Grove, CA  92845

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph L. Kish
Synergy Law Group, LLC
730 W Randolph, 6th Floor
Chicago, IL  60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**January 22, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Andrick DeeMinter | TITLE Registered Process Server PSC# 1915 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Husband: Mike Gunn

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/25/08
Date

Signature of Server

414 W. 4th St. Ste I Santa Ana, CA 92701
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SYNERGY LAW GROUP, LLC<br>730 WEST RANDOLPH<br>SUITE 600<br>CHICAGO IL 60661 | Ref. No. or File No.<br>e360/ferguson IL | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Central District, Los Angeles
312 N Spring St #G-8 Los Angeles CA 90012

SHORT TITLE OF CASE:

e360Insight, LLC v Mark James Ferguson, et al

| INVOICE NO.<br>617558 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>08442 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons and Complaint

ON: SUSAN WILSON aka Susan Gunn

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

5562 RICHMOND AVE
GARDEN GROVE CA 92845

ON: 03/25/08    AT: 07:45PM

FEES PAID: $    .00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: ANDRICK DEE MINTER         FEE FOR SERVICE:    59.50

RAPID LEGAL INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [  ] Independent Contractor
(2) Registration No. PSC#1915
(3) County: ORANGE
(4) Expiration:  01/17/10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/28/08                                    SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SYNERGY LAW GROUP, LLC<br>730 WEST RANDOLPH<br>SUITE 600<br>CHICAGO IL 60661 | Ref. No. or File No.<br>e360/ferguson IL | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Central District, Los Angeles
312 N Spring St #G-8 Los Angeles CA 90012

SHORT TITLE OF CASE:

e360Insight, LLC v Mark James Ferguson, et al

| INVOICE NO.<br>617558 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>08442 |
|---|---|---|---|---|

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: SUSAN WILSON aka Susan Gunn

DOCUMENTS RECEIVED:

Summons and Complaint


I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT PERSONAL SERVICE:

At the residence address: 5562 RICHMOND AVE
                         GARDEN GROVE CA 92845
03/21/08 07:00PM   "NO ANSWER" AT RESIDENCE, CARS IN DRIVE WAY
03/23/08 08:00AM   "NO ANSWER" AT RESIDENCE, LIGHTS ON IN HOUSE
03/24/08 08:00PM   "NO ANSWER" AT RESIDENCE
03/25/08 07:45PM   SUB-SERVED ON SPOUSE: MIKE GUNN

PERSON ATTEMPTING SERVICE: ANDRICK DEE MINTER


RAPID LEGAL INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. PSC#1915
(3) County: ORANGE
(4) Expiration: 01/17/10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/28/08                    > SIGNATURE _____

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SYNERGY LAW GROUP, LLC<br>730 WEST RANDOLPH<br>SUITE 600<br>CHICAGO IL 60661 | Ref. No. or File No.<br>e360/ferguson IL | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Central District, Los Angeles
312 N Spring St #G-8 Los Angeles CA 90012

SHORT TITLE OF CASE:

e360Insight, LLC v Mark James Ferguson, et al

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 617558 | | | | 08442 |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 03/28/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

Summons and Complaint

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  SANTA ANA       , CALIFORNIA,  ADDRESSED AS FOLLOWS:

SUSAN WILSON aka Susan Gunn

5562 RICHMOND AVE
GARDEN GROVE CA 92845

DECLARANT: ANDRICK DEE MINTER

RAPID LEGAL INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. PSC#1915
(3) County: ORANGE
(4) Expiration: 01/17/10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 03/28/08                            >                            SIGNATURE