## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number: 08 C 4442

E360INSIGHT, LLC an Illinois Limited
Liability Company et al.

V.   SUSAN WILSON a/k/a SUSAN GUNN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SUSAN WILSON a/k/a SUSAN GUNN

| NAME (Type or print) |
| --- |
| ELLIOT S. WICZER |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Elliot S. Wiczer |

| FIRM |
| --- |
| WICZER & ZELMAR, LLC. |

| STREET ADDRESS |
| --- |
| 500 Skokie Blvd. suite 350 |

| CITY/STATE/ZIP |
| --- |
| Northbrook, IL 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6208432 | 847-849-4800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |