IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 442 |
| MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, | ) ) ) ) | Judge Kendall Magistrate Judge Ashman |
| Defendants. | ) ) | |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

NOW COMES the Defendant, SUSAN WILSON, a/k/a SUSAN GUNN, ("Defendant") by counsel and respectively moves this Court for an order pursuant to 12(b)(2) of the Federal Rules of Civil Procedure to dismiss this action based on the lack of personal jurisdiction. In support of her motion, Defendant refers to her Affidavit and the Memorandum of Points and Authorities respectively submitted by Defendant.

WHEREFORE, the Defendant, SUSAN WILSON, a/k/a SUSAN GUNN, prays that this Honorable Court enter an Order dismissing Plaintiffs' Complaint, and for any other relief this Court deems just and fit.

          Respectfully submitted,

          SUSAN WILSON
          a/k/a SUSAN GUNN


          By:   /s/Elliot S. Wiczer
               One of Her Attorneys

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
Attorneys for Defendant Susan Gunn
500 Skokie Boulevard, Suite 350
Northbrook, IL  60062
(847) 849-4800