IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Case No. 08 C 442 |
| MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, | ) ) ) ) | Judge Kendall Magistrate Judge Ashman |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:   Joseph L. Kish
      Daniel J. Peters
      SYNERGY LAW GROUP, LLC
      730 West Randolph, 6th Floor
      Chicago, IL  60661

    PLEASE TAKE NOTICE that on April 23, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, in Courtroom 2319, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Motion to Dismiss For Lack of Personal Jurisdiction, a copy of which is hereby served upon you.

                              /s/Elliot S. Wiczer

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
500 Skokie Blvd., Suite 350
Northbrook, IL  60062
(847) 849-4800

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and Motion were served upon all counsel named above by depositing the same in the US Mail at 500 Skokie Boulevard, Northbrook, Illinois, before 5:00 p.m. on April 14, 2008, with proper first class postage being prepaid; or by sending the same via electronic transmission courtesy of the CM/ECF system for the Clerk of the United States District Court for the Northern District of Illinois.

/s/ Elliot S. Wiczer