CAPTION

**AFFIDAVIT OF SUSAN GUNN**

I, Susan Gunn, on oath do state and depose that if called as a witness, having personal knowledge of the following set of facts could competently testify thereto:

1. I above the age of 18 years of age.

2. I am a resident of Garden Grove, California.

3. I do not do business in the State of Illinois. I do not own personal or real property in the state of Illinois.,

4. I have never visited the State of Illinois.

5. The Plaintiff's allegations, though false, if true, would concern my activities while performing my responsibilities for a company called Spamhaus. I am not an employee of Spamhaus but a volunteer researcher.

6. The alleged e-mails that the Plaintiff refers to in its Complaint were not sent to any individual or company in Illinois.

7. Any of the activities alleged by Plaintiff, though false, however, if true, would have been performed in furtherance of my responsibilities on behalf of Spamhaus.

AFFIANT FURTHER SAYETH NOT.

SUSAN GUNN

Subscribed and Sworn to
before me this 14 day of
April, 2008.

Notary Public

EXHIBIT 1

