IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, )<br><br>Plaintiffs, )<br>v. )<br><br>MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, )<br><br>Defendants. ) | Case No. 08 C 442<br><br>Judge Kendall<br>Magistrate Judge Ashman |

## NOTICE OF FILING

To:  Joseph L. Kish
     Daniel J. Peters
     SYNERGY LAW GROUP, LLC
     730 West Randolph, 6th Floor
     Chicago, IL 60661

   Please take notice that on April 14, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, Memorandum in Support of Defendant's Motion to Dismiss For Lack of Personal Jurisdiction, a copy of which is attached hereto and hereby served upon you.

                                        /s/Elliot S. Wiczer

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
500 Skokie Blvd., Suite 350
Northbrook, IL 60062
(847) 849-4800

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and Memorandum were served upon all counsel named above by depositing the same in the US Mail at 500 Skokie Boulevard, Northbrook, Illinois, before 5:00 p.m. on April 14, 2008, with proper first class postage being prepaid; or by sending the same via electronic transmission courtesy of the CM/ECF system for the Clerk of the United States District Court for the Northern District of Illinois.

                                                   /s/ Elliot S. Wiczer