IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individutal, <br><br> Plaintiffs, <br><br> v. <br><br> MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, <br><br> Defendants. | Case No. 08C442 <br><br> Judge Kendall <br> Magistrate Judge Ashman |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2) AND IMPROPER VENUE PURSUANT TO FED. R. CIV. P. 12 (b)(3)

Defendant Kelly Chien, through counsel, respectfully moves this Court to dismiss the claims against him for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and for improper venue pursuant to Fed. R. Civ. P. 12(b)(3). In support of his motion, Defendant refers to his Memorandum in Support and matters presented in oral argument on this motion.

Respectfully submitted,

KELLY CHIEN


By: /s/ Steven E. Schwarz
One of His Attorneys

THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone: 773/837-6134
Facsimile: 773/275-0202
stevenschwarz23@yahoo.com