**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individutal, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 08C442 |
| | ) | |
| MARK JAMES FERGUSON, an individual, | ) | Judge Kendall |
| SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, | ) ) ) | Magistrate Judge Ashman |
| Defendants. | | |

**NOTICE OF MOTION TO DISMISS FOR LACK**
**OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**
**AND IMPROPER VENUE PURSUANT TO FED. R. CIV. P. 12 (b)(3)**

To:     Joseph L. Kish
        Daniel J. Peters
        SYNERGY LAW GROUP, LLC
        730 West Randolph, 6th Floor
        Chicago, IL 60661

        Elliott S. Wiczer
        WICZER & ZELMAR, LLC
        500 Skokie Boulevard, Suite 350
        Northbrook, IL 60062

        Mark J. Ferguson (*pro se*)
        3831 S. Fawcett Avenue
        Tacoma, WA 98418

        PLEASE TAKE NOTICE that on April 23, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, in Courtroom 2319, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Kelly Chien's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and Improper Venue Pursuant to Fed. R. Civ. P. 12(b)(3), a copy of which is hereby served upon you.

                                        /s/ Steven E. Schwarz

Steven E. Schwarz, Esq.
THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone:  773/837-6134
Facsimile:  773/275-0202
stevenschwarz23@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and Motion were served upon all counsel of record by facsimile, by depositing the same in the US Mail at 2461 West Foster Avenue, Chicago, Illinois, before 5:00 p.m. on April 18, 2008, with proper first class postage being prepaid; and by sending the same via electronic transmission using the CM/ECF system for the United States District Court for the Northern District of Illinois.


/s/ Steven E. Schwarz, Esq.