**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| E360INSIGHT, LLC, an Illinois Limited | ) | |
| Liability Company, and DAVID LINHARDT, | ) | |
| an individutal, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 08C442 |
| | ) | |
| MARK JAMES FERGUSON, an individual, | ) | Judge Kendall |
| SUSAN WILSON A.K.A. SUSAN GUNN, an | ) | Magistrate Judge Ashman |
| individual, and KELLY CHIEN, an individual, | ) | |
| | | |
| Defendants. | | |

**NOTICE OF WITHDRAWAL OF NOTICE OF MOTION TO DISMISS FOR LACK
OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)
AND IMPROPER VENUE PURSUANT TO FED. R. CIV. P. 12 (b)(3)**

To:    Joseph L. Kish
       Daniel J. Peters
       SYNERGY LAW GROUP, LLC
       730 West Randolph, 6th Floor
       Chicago, IL 60661

       Elliott S. Wiczer
       WICZER & ZELMAR, LLC
       500 Skokie Boulevard, Suite 350
       Northbrook, IL 60062

       Mark J. Ferguson (*pro se*)
       3831 S. Fawcett Avenue
       Tacoma, WA 98418

       PLEASE TAKE NOTICE that Dkt. No. 32, Notice of Motion for Presentment of Motion
to Dismiss for April 23, 2008, at 9:00 a.m. is withdrawn.

                                                    /s/ Steven E. Schwarz

Steven E. Schwarz, Esq.
THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone:  773/837-6134
Facsimile:  773/275-0202
stevenschwarz23@yahoo.com


## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice was served upon all counsel of record not registered with the CM/ECF system by depositing the same in the US Mail at 2461 West Foster Avenue, Chicago, Illinois, before 5:00 p.m. on April 21, 2008, with proper first class postage being prepaid; and by sending the same via electronic transmission using the CM/ECF system for the United States District Court for the Northern District of Illinois.


/s/ Steven E. Schwarz, Esq.