IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individutal,<br><br>       Plaintiffs,<br><br>v.<br><br>MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual,<br><br>       Defendants. | Case No. 08C442<br><br>Judge Kendall<br>Magistrate Judge Ashman |

### NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2) AND IMPROPER VENUE PURSUANT TO FED. R. CIV. P. 12 (b)(3)

To:    Joseph L. Kish
          Daniel J. Peters
          SYNERGY LAW GROUP, LLC
          730 West Randolph, 6th Floor
          Chicago, IL 60661

          Elliott S. Wiczer
          WICZER & ZELMAR, LLC
          500 Skokie Boulevard, Suite 350
          Northbrook, IL 60062

          Mark J. Ferguson (*pro se*)
          3831 S. Fawcett Avenue
          Tacoma, WA 98418

      PLEASE TAKE NOTICE that on April 28, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, in Courtroom 2319, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Kelly Chien's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) and Improper Venue Pursuant to Fed. R. Civ. P. 12(b)(3), a copy of which is hereby served upon you.

                                                              /s/ Steven E. Schwarz

Case 1:08-cv-00442   Document 35   Filed 04/21/2008   Page 2 of 2

2

Steven E. Schwarz, Esq.
THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone:  773/837-6134
Facsimile:  773/275-0202
stevenschwarz23@yahoo.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice was served upon all counsel of record who are not registered CM/ECF users by depositing the same in the US Mail at 2461 West Foster Avenue, Chicago, Illinois, before 5:00 p.m. on April 21, 2008, with proper first class postage being prepaid; and by sending the same via electronic transmission using the CM/ECF system for the United States District Court for the Northern District of Illinois.

                                               /s/ Steven E. Schwarz, Esq.

2