UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

E360Insight, LLC, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:08−cv−00442
                                                    Honorable Virginia M. Kendall

Mark James Ferguson, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

    MINUTE entry before Judge Honorable Virginia M. Kendall: On the Court's own motion, defendant Susan Wilson's Motion to Dismiss [26], and defendant Mark Ferguson's Motions to Dismiss [10], [19] are consolidated for presentment on 4/28/2008 at 9:00 AM, to be presented concurrently with Defendant Chien's Motion to Dismiss [31], and defendant Ferguson's Motion to Transfer Venue [17]. Ferguson's Motion to Appear by Telephone [21] is granted. Ferguson's previously−filed Motion to Appear by phone [11] is stricken as duplicative, and Ferguson's Motion to Continue Hearing [12] is stricken as moot. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.