**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

E360Insight, LLC, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00442
                                                Honorable Virginia M. Kendall

Mark James Ferguson, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 28, 2008:

    MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held 4/28/2008. Briefing on Defendants' Motions to Dismiss [19], [26], [30] and Defendant Ferguson's Motion to Transfer Venue [17] set as follows: responses due 5/27/2008; replies due 6/10/2008. Any additional motions to sever due 5/6/2008; responses due 5/27/2008; replies due 6/10/2008. Discovery stayed pending ruling on motions. Status hearing set for 8/28/2008 at 9:00 AM. Ferguson's Motion to Dismiss [10] is stricken as duplicative. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.