IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individutal, <br><br>    Plaintiffs, <br><br>    v. <br><br> MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 08C442 <br> ) <br> ) Judge Kendall <br> ) Magistrate Judge Ashman <br> ) |

## MOTION TO SEVER AND DISMISS
## PURSUANT TO FED. R. CIV. P. 21

Defendant Kelly Chien, through counsel, respectfully moves this Court to sever and dismiss the claims against him pursuant to Fed. R. Civ. P. 21. In support of his motion, Defendant refers to his Memorandum in Support.

                                Respectully submitted,

                                KELLY CHIEN


                                By: /s/ Steven E. Schwarz
                                One of His Attorneys


THE LAW OFFICES OF STEVEN E. SCHWARZ, ESQ.
2461 W. Foster Ave., #1W
Chicago, IL 60625
Telephone:  773/837-6134
Facsimile:  773/275-0202
stevenschwarz23@yahoo.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on May 5, 2008 a copy of the above and foregoing Motion to Sever and Dismiss was served upon all counsel of record who are registered users of the Court's CM/ECF system using that system and by depositing the same in the US Mail at 2461 West Foster Avenue, Chicago, Illinois on May 5, 2008, with proper first class postage being prepaid to those who are not registered users of the Court's CM/ECF system.

      /s/ Steven E. Schwarz, Esq.