**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 442 |
| v. | ) ) | |
| MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, | ) ) ) ) | Judge Kendall Magistrate Judge Ashman |
| Defendants. | ) | |

## DEFENDANT GUNN'S MOTION TO SEVER

NOW COMES the Defendant, SUSAN WILSON, a/k/a SUSAN GUNN, ("Defendant") by counsel and respectfully moves this Court for an order pursuant to Rules 20(a) and 21 of the Federal Rules of Civil Procedure severing the Plaintiff's claims as against Defendant. In support of her motion, Defendant refers to the Memorandum of in support of her Motion submitted herewith.

WHEREFORE, the Defendant, SUSAN WILSON, a/k/a SUSAN GUNN, prays that this Honorable Court enter an Order severing the cause of action against Defendant, and for any other relief this Court deems just and fit.

Respectfully submitted,

SUSAN WILSON
a/k/a SUSAN GUNN

By:___/s/Elliot S. Wiczer___
One of Her Attorneys

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
Attorneys for Defendant Susan Gunn
500 Skokie Boulevard, Suite 350
Northbrook, IL  60062
(847) 849-4800