IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual,<br><br>    Defendants. | Case No. 08 C 442<br><br>Judge Kendall<br>Magistrate Judge Ashman |

### NOTICE OF FILING

Please take notice that on May 6, 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, Defendant's Motion to Sever and Memorandum in Support of Defendant's Motion to Sever, a copies of which is attached hereto and hereby served upon you.

/s/Elliot S. Wiczer

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
500 Skokie Blvd., Suite 350
Northbrook, IL  60062
(847) 849-4800

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and Memorandum were served upon all counsel and parties named below by depositing the same in the US Mail at 500 Skokie Boulevard, Northbrook, Illinois, before 5:00 p.m. on May 6, 2008, with proper first class postage being prepaid; or by sending the same via electronic transmission courtesy of the CM/ECF system for the Clerk of the United States District Court for the Northern District of Illinois.

To:    Joseph L. Kish                              Mark James Ferguson
       Daniel J. Peters                           3831 S. Fawcett Avenue
       SYNERGY LAW GROUP, LLC       Tacoma, WA  98418
       730 West Randolph, 6th Floor
       Chicago, IL  60661

       Steven E. Schwarz, Esq.
       2461 West Foster Avenue, #1 W
       Chicago, Illinois 60625

                                                                      /s/ Elliot S. Wiczer