IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, )<br><br>Plaintiffs, )<br>v. )<br>MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, )<br><br>Defendants. ) | Case No. 08 C 442<br><br>Judge Kendall<br>Magistrate Judge Ashman |

### MOTION FOR THE ENTRY OF AN ORDER GRANTING DEFENDANT GUNN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION

NOW COMES the Defendant, SUSAN WILSON, a/k/a SUSAN GUNN, by and through her attorneys and for her Motion for the Entry of an Order Granting her Motion to Dismiss Plaintiffs' Complaint For Lack of Personal Jurisdiction states as follows:

1. On or about April 14, 2008, the Defendant, Susan Gunn ("Defendant") filed her Motion to Dismiss the Plaintiffs' Complaint for Lack of Personal Jurisdiction ("Motion to Dismiss").

2. Thereafter, the Court set a briefing schedule on the Defendants' Motion to Dismiss.

3. By this Court's order the Plaintiffs, E360INSIGHT, LLC and DAVID LINHARDT's ("Plaintiffs") Response was due on May 27, 2008.

4. The Plaintiffs' counsel contacted the Defendant's counsel and requested a one day extension to May 28, 2008.

5. As a courtesy, Defendant's counsel agreed not to object to the filing of Plaintiffs' response on May 28, 2008.

6. The Plaintiffs did not file their response on May 28, 2008, as of May 30, 2008, said response has not been filed.

WHEREFORE, the Defendant, SUSAN WILSON, a/k/a SUSAN GUNN, prays that this Honorable Court enter an Order granting her Motion to Dismiss for Lack of Personal Jurisdiction and for any other relief this Court deems just and fit.

Respectfully submitted,

SUSAN WILSON
a/k/a SUSAN GUNN

By: /s/Elliot S. Wiczer
One of Her Attorneys

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
Attorneys for Defendant Susan Gunn
500 Skokie Boulevard, Suite 350
Northbrook, IL 60062
(847) 849-4800