IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual,<br><br>                  Plaintiffs,<br>v.<br><br>MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual,<br><br>                  Defendants. | Case No. 08 C 442<br><br>Judge Kendall<br>Magistrate Judge Ashman |

## NOTICE OF MOTION

To:    Joseph L. Kish                            Mark James Ferguson
        Daniel J. Peters                          3831 S. Fawcett Avenue
        SYNERGY LAW GROUP, LLC     Tacoma, WA 98418
        730 West Randolph, 6th Floor
        Chicago, IL 60661

      PLEASE TAKE NOTICE that on June 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, in Courtroom 2319, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Motion For the Entry of an Order Granting Defendant Gunn's Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction, a copy of which is hereby served upon you.

                                              /s/Elliot S. Wiczer

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
500 Skokie Blvd., Suite 350
Northbrook, IL 60062
(847) 849-4800

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and Motion were served upon all counsel named above by depositing the same in the US Mail at 500 Skokie Boulevard, Northbrook, Illinois, before 5:00 p.m. on April 16, 2008, with proper first class postage being prepaid; or by sending the same via electronic transmission courtesy of the CM/ECF system for the Clerk of the United States District Court for the Northern District of Illinois.

/s/ Elliot S. Wiczer