IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, | )<br>)<br>)<br>) **Case No. 08C442**<br>) |
| Plaintiffs, | )<br>) **Judge Kendall** |
| v. | ) **Magistrate Judge Ashman**<br>) |
| MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

NOW COMES the Plaintiffs in the above-captioned matter, e360Insight, LLC and David Linhardt, by and through their attorneys, pursuant to F.R.C.P. 41(b), moves this Honorable Court for entry of an order voluntarily dismissing their claim filed against Defendants with prejudice and in support thereof states as follows:

1. Fed. R. Civ. P. 41(b) grants this Court the authority to dismiss this action on motion by Plaintiffs.

2. Plaintiffs have entered into a settlement agreement with Defendant Ferguson and attempted to resolve this matter through settlement with Defendants Wilson and Chien.

WHEREFORE, Plaintiffs respectfully request that this honorable Court enter an Order dismissing this matter with prejudice.

        Respectfully submitted,

        E360Insight, LLC. and David Linhardt


        By:   /s/ Daniel J. Peters
              One of Their Attorneys

Joseph L. Kish
Daniel J. Peters
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261

**CERTIFICATE OF SERVICE**

   The undersigned certifies that a copy of the foregoing Motion for Voluntary Dismissal was served upon the attorneys listed below electronically through CM/ECF on June 2, 2008.

Joseph L Kish  jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

Daniel Joseph Peters  dpeters@synergylawgroup.com, nmcdonald@synergylawgroup.com

Steven E Schwarz  stevenschwarz23@yahoo.com

Elliot Scott Wiczer  ewiczer@wiczerzelmar.com

and to the party listed below via US Mail.

Mark James Ferguson
3831 S. Fawcett Avenue
Tacoma, Washington, 98418

            __/s/  Daniel J. Peters_____
              One of Their Attorneys


Joseph L. Kish
Daniel J. Peters
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261