### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, | ) ) ) ) **Case No. 08C442** |
| Plaintiffs, | ) ) |
| v. | ) **Judge Kendall** ) **Magistrate Judge Ashman** ) |
| MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual, | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF MOTION

To:   See Attached Service List

Please take notice that on June 9, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff shall appear before the Honorable Virginia Kendall or any Judge sitting in her stead in courtroom 2319 of the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois and then and there present their Motion for Voluntary Dismissal, a copy of which is attached hereto and hereby served upon you**.**

            Respectfully submitted,

            E360INSIGHT, LLC and DAVID LINHARDT

            By:   /s/ Daniel J. Peters         
                  One of Their Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Motion for Voluntary Dismissal was served upon the attorneys listed below electronically through CM/ECF on June 2, 2008.

Joseph L Kish    jkish@synergylawgroup.com, nmcdonald@synergylawgroup.com

Daniel Joseph Peters    dpeters@synergylawgroup.com, nmcdonald@synergylawgroup.com

Steven E Schwarz    stevenschwarz23@yahoo.com

Elliot Scott Wiczer    ewiczer@wiczerzelmar.com

and to the party listed below via US Mail.

Mark James Ferguson
3831 S. Fawcett Avenue
Tacoma, Washington, 98418

                                                                                                           __/s/    Daniel J. Peters_____
                                                                                                                  One of Their Attorneys


Joseph L. Kish
Daniel J. Peters
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile:  (312) 454-0261