COLE, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01305

E360Insight, LLC et al v. Ferguson et al
Assigned to: Honorable Amy J. St. Eve
Demand: $999,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 03/07/2007
Date Terminated: 05/08/2007
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**
**E360Insight, LLC**
*an Illinois limitaed liability company*

represented by **Bartly Joseph Loethen**
Synergy Law Group, L.L.C.
730 West Randolph
6th Floor
Chicago, IL 60661
(312)454-0015
Email: bart@synergylawgroup.com
*ATTORNEY TO BE NOTICED*

**Daniel Joseph Peters**
Synergy Law Group
730 W. Randolph
6th Floor
Chicago, IL 60661
(312) 454-0015
Email: dpeters@synergylawgroup.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**David Linhardt**
*an individual*

V.

**Defendant**
**Mark James Ferguson**
*an indiidual*

**Defendant**
**Susan Wilson**
*also known as*
Susan Gunn



EXHIBIT A

**Defendant**

**Kelly Chien**
*an individual*

**Defendant**

**Unknown Person Fudo**
*also known as*
Fudo

**Defendant**

**Unknown Person Dotes**
*also known as*
Morely Dotes

**Defendant**

**Tim Skirvin**
*an individual*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT filed by E360Insight, LLC, David Linhardt; Jury Demand.(eav, ) (Entered: 03/09/2007) |
| 03/07/2007 | 2 | CIVIL Cover Sheet (eav, ) (Entered: 03/09/2007) |
| 03/08/2007 | 5 | ATTORNEY Appearance for plaintiff E360Insight, LLC by Bartly Joseph Loethen. (mjc, ) (Entered: 03/12/2007) |
| 03/12/2007 | 4 | ATTORNEY Appearance for Plaintiff E360Insight, LLC by Daniel Joseph Peters (Peters, Daniel) (Entered: 03/12/2007) |
| 03/26/2007 | 6 | MINUTE entry before Judge Amy J. St. Eve :Joint Status Report due by 4/18/2007. Initial Status hearing set for 4/23/2007 at 08:45 AM. in Courtroom 1241.Mailed notice (tmh, ) (Entered: 03/26/2007) |
| 04/23/2007 | 7 | MINUTE entry before Judge Amy J. St. Eve :Case set for status, parties not present. Counsel for Plaintiff called to indicate a voluntary dismissal will be filed.Mailed notice (tmh, ) (Entered: 04/23/2007) |
| 05/08/2007 | 8 | MOTION by Plaintiff E360Insight, LLC to dismiss *voluntarily* (Peters, Daniel) (Entered: 05/08/2007) |
| 05/08/2007 | 9 | NOTICE of Motion by Daniel Joseph Peters for presentment of motion to dismiss 8 before Honorable Amy J. St. Eve on 5/14/2007 at 09:00 AM. (Peters, Daniel) (Entered: 05/08/2007) |
| 05/08/2007 | 10 | MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff E360Insight, LLC to dismiss voluntarily 8 is granted, pursuant to F.R.C.P. 41 (a), this case is voluntarily dismissed. Civil case terminated. Mailed notice (tmh, ) (Entered: 05/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/06/2008 11:53:57 | | | |
| **PACER Login:** | wz0014 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-01305 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |