IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual,<br><br>               Plaintiffs,<br>v.<br><br>MARK JAMES FERGUSON, an individual, SUSAN WILSON A.K.A. SUSAN GUNN, an individual, and KELLY CHIEN, an individual,<br><br>               Defendants. | Case No. 08 C 442<br><br>Judge Kendall<br>Magistrate Judge Ashman |

### NOTICE OF MOTION

TO:    See Service List Attached hereto.

      PLEASE TAKE NOTICE that on June **18**, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, in Courtroom 2319, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Susan Gunn's Motion to Vacate Order Granting Plaintiffs' Motion to Voluntarily Nonsuit Their Complaint, a copy of which is hereby served upon you.

                                              /s/Elliot S. Wiczer

Elliot S. Wiczer (#06208432)
WICZER & ZELMAR, LLC
500 Skokie Blvd., Suite 350
Northbrook, IL 60062
(847) 849-4800

### CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that a copy of the above and foregoing Notice and Motion were served upon all counsel named above by depositing the same in the US Mail at 500 Skokie Boulevard, Northbrook, Illinois, before 5:00 p.m. on June **6**, 2008, with proper first class postage being prepaid; or by sending the same via electronic transmission courtesy of the CM/ECF system for the Clerk of the United States District Court for the Northern District of Illinois.

                                              /s/ Elliot S. Wiczer

## SERVICE LIST

Joseph L. Kish
Daniel J. Peters
SYNERGY LAW GROUP, LLC
730 West Randolph, 6th Floor
Chicago, IL  60661

Mark James Ferguson
3831 S. Fawcett Avenue
Tacoma, WA  98418

Steven E. Schwarz, Esq.
Law Offices of Steven E. Schwarz, Esq.
2461 W. Foster Avenue, #1W
Chicago, IL  60625